In the Matter of the Application of GEORGE E. PAYNE et al., Appellants, for a Writ of Mandamus Against JOHN F. O'BRIEN, as Secretary of State, Respondent.

(Submitted November 12, 1906; decided November 27, 1906.)

Motion for re-argument denied, without costs. (See 186 N. Y. 1.)

---

RICHARD SANDIFORD, Appellant, *v.* THE TOWN OF HEMPSTEAD, Respondent, and CARMAN FROST et al., Appellants.

(Submitted November 19, 1906; decided November 27, 1906.)

Motion for re-argument denied, with ten dollars costs, (See 186 N. Y. 554.)